**No. 62331.**—Plus Computing Machines, Inc. *v.* United States, protests 267318–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines and metal parts thereof similar in all material respects, except for having, in addition, an electric motor as as essential feature, to the merchandise the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.